ACCEPTED
04-14-00814-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/10/2015 1:24:39 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00814-CR

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/10/2015 1:24:39 PM
KEITH T. HOTTLE
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **FOURTH DISTRICT** |
| | § | |
| **JACOB R. SONGER** | § | **SAN ANTONIO, TEXAS** |

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Jacob R. Songer, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the County Court at Law of Kendall County, Texas.

2.     The case below was styled the STATE OF TEXAS vs. Jacob R. Songer, and numbered 13-272-CR.

3.     Appellant was convicted of DWI.

4.     Appellant was assessed a sentence of one year probation on November 4, 2014.

5.     Notice of appeal was given on November 4, 2014.

6.     The reporter's record was filed on December 11, 2014.

7.     The appellate brief is presently due on January 9, 2015.

8.     Appellant requests an extension of time of 60 days from the present date, i.e. March 10, 2015.

9.     No extension to file the brief has been received in this cause.

10.     Defendant is currently free on bond.

11.     Appellant relies on the following facts as good cause for the requested extension:

Clerks Record was late.  Counsel for Appellant is current working on a capital murder appeal from the Eighth Court of Appeals and also has a busy trial schedule.  Counsel for Appellant has numerous trials set in March of 2015 and April 2015 which he is preparing for.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Danford Law Firm
813 Barnett Street
Kerrville, Texas 78028
Tel: (830) 257-4045
Fax: (830) 896-5250

By:

HAROLD J. DANFORD
State Bar No. OO783924
JOHN H. MATHEWS
State Bar No. 24093718
hdanford@ktc.com
Attorneys for Jacob R. Songer

## CERTIFICATE OF SERVICE

This is to certify that on _March 10_, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Kendall County by mail to Nicole Bishop, Kendall County Attorney's Office, 201 E. San Antonio Ave. Suite 306, Boerne, Texas 78006-2013.

HAROLD J. DANFORD
JOHN H. MATTHEWS

STATE OF TEXAS  §
                §
                §
COUNTY OF KERR  §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared HAROLD J. DANFORD or JOHN H. MATTHEWS, who after being duly sworn stated:

> "I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion to Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
HAROLD J. DANFORD
JOHN H. MATTHEWS
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on March 10, 2015, to certify which witness my hand and seal of office.



JANE RUTH HURST
My Commission Expires
June 10, 2017

_____
Notary Public, State of Texas